ANNA C. DOUGHERTY, as Administratrix of the Estate of WILLIAM J. DOUGHERTY, Deceased, Respondent, *v.* WESTINGHOUSE, CHURCH, KERR AND COMPANY, Appellant.

*Dougherty* v. *Westinghouse, Church, Kerr & Co.*, 124 App. Div. 894, affirmed.

(Argued December 8, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*John C. Robinson* and *Frank V. Johnson* for appellant.

*Thomas J. O'Neill* and *Joseph A. Corr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN and WILLARD BARTLETT, JJ. Dissenting: GRAY, J. Not voting: HISCOCK, J. Absent: WERNER, J.